1
2                                JS-6
3
4
5
6
7
8
9
10
11                   UNITED STATES DISTRICT COURT
12                  CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| SOUTHERN CALIFORNIA SPECIALTY CARE, INC., a California for-profit corporation, doing business as Kindred Hospital – Westminster,<br><br>Plaintiff,<br><br>v.<br><br>GEISINGER HEALTH PLAN; a Pennsylvania non-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: SACV 09-1016-AG (ANx)<br><br>ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

/ / /
/ / /
/ / /
/ / /

1    Based upon the stipulation of the parties and for good cause shown,

2    **IT IS HEREBY ORDERED** that this action, Case No.

3    SACV 09-1016-AG (ANx), is dismissed in its entirety without prejudice.

4    **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own

5    attorneys' fees and costs in this matter.

6

7

8    DATED:  October 07, 2009

9                                           By:_____

10                                                Hon. Andrew J. Guilford
                                                  United States District Judge